**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Eltrentrose F. LIVERMAN, a/k/a
Trent, Defendant—Appellant.**

No. 08–7097.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Aug. 22, 2008.

Eltrentrose F. Liverman, Appellant Pro Se. Fernando Groene, Office of the United States Attorney, Newport News, Virginia, for Appellee.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eltrentrose F. Liverman appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Liverman,* No. 2:95–cr–00151–JBF–FBS–1 (E.D. Va. filed May 23, 2008; entered May 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*